**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-73 (LAG) |
| | : | |
| DESMOND SHANNON BULLOCK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant Desmond Shannon Bullock's Motion to Dismiss Counts Three Through Twenty-Six Because Section 1029(a)(3) is not a Valid Predicate for Aggravated Identity Theft or, in the Alternative, Motion to Dismiss Counts in the Indictment that Violate the Double Jeopardy Clause of the United States Constitution (Motion), dated January 25, 2024. (Docs. 20, 38).[1] Therein, Defendant seeks to dismiss counts two through twenty-six, or in the alternative, dismiss counts eight, ten, twelve, thirteen, fifteen, twenty-one, twenty-five, and twenty-six of the Indictment. (*Id.* at 13). The Government filed a Response on February 15, 2024, and Defendant filed a Reply on February 28, 2024. (Docs. 21, 22). On March 12, 2024, the Government filed a Superseding Indictment, charging one count of possession of counterfeit and unauthorized access devices in violation of 18 U.S.C. § 1029(a)(3) and 18 U.S.C. § 2, and seventeen counts of aggravated identity theft in violation of 18 U.S.C. § 1028A and 18 U.S.C. § 2. (Doc. 25).

As the Indictment that Defendant challenged in his Motion has been superseded, Defendant's Motion is **DENIED as moot**. If Defendant wishes to file a renewed Motion addressing the Superseding Indictment, Defendant may do so by close of business on **Tuesday, June 4, 2024**. The Government is directed to file a Response to any renewed Motion by **Friday, June 7, 2024**. The Pretrial Conference, scheduled for June 11, 2024, at

---

[1] On February 12, 2024, Counsel for Defendant mistakenly filed an identical Motion in a separate, unrelated case. *U.S. v. Bal*, 7:23-CR-62-LAG-TQL-1, Doc. 24 (Feb. 12, 2024). The duplicate Motion, Doc. 38, is **DENIED as moot**. (*See* Docs. 20, 38).

2:00 PM, will proceed as scheduled. To the extent necessary, the Court will consider the renewed Motion at the Pretrial Conference.

      **SO ORDERED**, this 31st day of May, 2024.

                                       <u>/s/ Leslie A. Gardner</u>
                                       **LESLIE A. GARDNER, JUDGE**
                                       **UNITED STATES DISTRICT COURT**